UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/09

CARGILL INCORPORATED,

Plaintiff,

-v-

STOLTZEN NAVIGATION COMPANY, *et al.*,

Defendants.

No. 09 Civ. 4242 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiff's letter requesting an adjournment of the conference presently scheduled in this matter for July 28, 2009. Defendants have yet to appear.

Accordingly, IT IS HEREBY ORDERED that the July 28, 2009 conference is adjourned to August 14, 2009 at 9:15 a.m.

SO ORDERED.

DATED:   June 24, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE