UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARGILL, INC.,

               Plaintiff,

-v-

STOLTZEN NAVIGATION COMPANY,

               Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

No. 09 Civ. 4242 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that, no later than September 14, 2009, Plaintiffs shall submit a letter advising the Court of the status of the above-captioned action and their attempts to serve Defendants.

SO ORDERED.

DATED:     August 17, 2009
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE